**Order filed, September 26, 2012.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-12-00860-CV
_____

**DONALD RAY MCCRAY, Appellant**

**V.**

**PRUDENTIAL INSURANCE, DOUGLAS D. MULDER, MICHELLE MULDER, ANNE ASHBY, KENNETH HOLT, DEANA R. DAVID AND DARRYL E. GLENN, Appellee**

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-196144**

## ORDER

The reporter's record in this case was due **August 31, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Elizabeth Wittu**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM